| | |
|---|---|
| 1 | CHRISTOPHER H. MCGRATH (SB# 149129) |
| | chrismcgrath@paulhastings.com |
| 2 | RAYMOND W. STOCKSTILL, IV (SB# 275228) |
| | beaustockstill@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 695 Town Center Drive |
| 4 | Seventeenth Floor |
| | Costa Mesa, California 92626-1924 |
| 5 | Telephone: 1(714) 668-6200 |
| | Facsimile: 1(714) 979-1921 |
| 6 | |
| | EDWARD HAN (SB# 196924) |
| 7 | edwardhan@paulhastings.com |
| | PAUL HASTINGS LLP |
| 8 | 55 Second Street |
| | Twenty-Fourth Floor |
| 9 | San Francisco, CA 94105 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |

*Attorneys for Defendant Identiv, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN OSWALD, Derivatively on Behalf of Nominal Defendant IDENTIV, INC., | CASE NO. 3:16-CV-00241-CRB |
| Plaintiff, | **STIPULATION AND ORDER STAYING PROCEEDINGS** |
| vs. | |
| STEVEN HUMPHREYS, JASON HART, JAMES OUSLEY, GARY KREMEN, SAAD ALAZEM, DANIEL S. WENZEL, and BRIAN NELSON, | Ctrm: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |
| Defendants, | |
| and | |
| IDENTIV, INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| 1 | <u>STIPULATION</u> |
| 2 | Plaintiff Ryan Oswald ("Plaintiff"), Nominal Defendant Identiv, Inc. ("Identiv") and |
| 3 | defendants Brian Nelson and Jason Hart (collectively with Identiv, "Defendants") by and through |
| 4 | counsel, hereby stipulate as follows: |
| 5 | WHEREAS, this is a shareholder derivative action filed on January 14, 2016; |
| 6 | WHEREAS, two other shareholder derivative actions have been filed in the Superior |
| 7 | Court of the State of California, County of Alameda; *Chopra v. Hart, et al.*, Case No. RG- |
| 8 | 16801379 (filed on January 24, 2016); *Wollnik v. Wenzel, et al.*, Case No. RG-16803342 (filed on |
| 9 | February 9, 2016) ("State Court Derivative Actions"); |
| 10 | WHEREAS, this derivative action is related to a putative class action alleging violations |
| 11 | of federal securities laws: *Rok v. Identiv, et al.*, Case No. 15-cv-05775-CRB (the "Securities Class |
| 12 | Action"); |
| 13 | WHEREAS, on January 29, 2016, the Court granted a stipulation in the Securities Class |
| 14 | Action extending the defendants' deadline to respond to the complaint until 45 days after the |
| 15 | court selects a lead plaintiff and said lead plaintiff files an amended complaint; |
| 16 | WHEREAS, the hearing in the Securities Class Action on various motions for lead |
| 17 | plaintiff is set for March 11, 2016; |
| 18 | WHEREAS, Defendants intend to seek stays of the State Court Derivative Actions; |
| 19 | WHEREAS, based upon the circumstances unique to this case, and to avoid the |
| 20 | unnecessary expenditure of judicial resources, the parties to this action have agreed, subject |
| 21 | to this Court's approval, to stay prosecution of this action, including motions practice and |
| 22 | discovery; and |
| 23 | NOW, THEREFORE the parties respectfully request that the Court enter an Order as |
| 24 | follows: |
| 25 | 1.     The case management conference set for March 11, 2016 is vacated. |
| 26 | 2.     The Company shall respond to the complaint in this action within forty-five (45) |
| 27 | days after the lead plaintiff has filed an amended complaint in the Securities Class Action, |
| 28 | plaintiff in this action shall either file an amended complaint or designate an existing complaint as |

operative.  Thereafter, the Company, within forty-five (45) days, shall respond by way of either a motion to dismiss on the basis that demand is not excused, or a motion to stay this action until there is a resolution of the motion to dismiss the Securities Class Action.  In the event that a motion to stay this action is denied, the Company's responsive pleading shall be due thirty (30) days after entry of an order denying the motion.  The individual defendants in this action need not respond to the complaint unless and until there is a determination by this Court that demand is excused.

3. All other proceedings, including motion practice and discovery, in this action are hereby stayed until further order of the Court.[1]

IT IS SO STIPULATED.

Dated:  March 3, 2016

ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
SCHUBERT JONCKHEER & KOLBE LLP


By: */s/ Robert C. Schubert*
      ROBERT C. SCHUBERT

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
HARWOOD FEFFER LLP

*Attorneys for Plaintiff Ryan Oswald*

---

[1] Defendants, however, reserve any and all rights in connection with this action and the State Court Derivate Actions, including, but not limited to, seeking stays and/or consolidation of those actions.

| | | |
|---|---|---|
| 1 | DATED: March 3, 2016 | CHRISTOPHER H. McGRATH |
| 2 | | EDWARD HAN |
| | | RAYMOND W. STOCKSTILL, IV |
| 3 | | PAUL HASTINGS LLP |

By: */s/ Christopher H. McGrath*
    CHRISTOPHER H. McGRATH

*Attorneys for Defendant Identiv, Inc.*

DATED: March 3, 2016    ROBERT P. VARIAN
    ORRICK, HERRINGTON &
      SUTCLIFFE LLP

By: */s/ Robert P. Varian*
    ROBERT P. VARIAN

*Attorneys for Defendant Jason Hart*

DATED: March 3_, 2016    JONATHAN GASKIN
    KAUFHOLD GASKIN LLP

By: */s/ Jonathan Gaskin*
    JONATHAN GASKIN

*Attorneys for Defendant Brian Nelson*

### **DECLARATION REGARDING CONCURRENCE**

I, Christopher H. McGrath, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS. In compliance with Local Rule 5-1(i)(3), I hereby attest that Robert C. Schubert, Robert P. Varian and Jonathan Gaskin have concurred in this filing.

                                        */s/ Christopher H. McGrath*

/ / /

/ / /

/ / /

*  *  *ORDER*  *  *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 7, 2016

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 85094259.5