ROBERT C. SCHUBERT 62684
WILLEM F. JONCKHEER 178748
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

ROBERT I. HARWOOD
MATTHEW M. HOUSTON
BENJAMIN I. SACHS-MICHAELS
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN OSWALD, Derivatively on Behalf of Nominal Defendant IDENTIV, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN HUMPHREYS, JASON HART, JAMES OUSLEY, GARY KREMEN, SAAD ALAZEM, DANIEL S. WENZEL, and BRIAN NELSON, <br><br> Defendants, <br><br> and <br><br> IDENTIV, INC., <br><br> Nominal Defendant. | CASE NO. 3:16-CV-00241-CRB <br><br> **STIPULATION AND ORDER CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE ON NOMINAL DEFENDANT IDENTIV, INC.'S MOTION TO DISMISS** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6 |

WHEREAS, this action is a shareholder derivative action filed on January 14, 2016;

WHEREAS, this action is factually related to a putative class action alleging violations of federal securities laws that is also pending before this Court: *Rok v. Identiv, et al.*, Case No. 15-cv-05775-CRB (the "Securities Class Action");

WHEREAS, on March 3, 2016, the Parties filed a Stipulation and Proposed Order regarding a temporary stay of this action and setting a schedule for filing Plaintiff's Amended Complaint and Identiv, Inc.'s ("Identiv") response to that complaint (Docket No. 14), which the Court approved on March 8, 2016 (Docket No. 15);

WHEREAS, on June 17, 2016, Plaintiff filed his Amended Complaint (Docket No. 21);

WHEREAS, on August 1, 2016, Identiv filed its Motion to Dismiss and noticed a hearing on the Motion for September 16, 2016 (Docket No. 22);

WHEREAS, Plaintiff's response to the Motion to Dismiss is currently due August 15, 2016;

WHEREAS, in light of the short period of time for Plaintiff to respond to the Motion to Dismiss under the current briefing schedule and Plaintiff counsel's pre-existing summer schedule, as well as the Court's current availability, Plaintiff has requested that Identiv agree to an extension of the current briefing schedule and a continuance of the current hearing date;

WHEREAS, Identiv has no objection to this request; and

NOW, THEREFORE the Parties respectfully request that the Court enter an Order as follows:

1. Plaintiff's response in opposition to the Motion to Dismiss is due September 1, 2016.

2. Defendants' reply in further support of the Motion to Dismiss is due September 30, 2016.

3. A hearing on the Motion to Dismiss will be held on October 14, 2016, or at another date and time as the Court may order.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 4, 2016 | SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>Willem F. Jonckheer<br><br>By: */s/ Willem F. Jonckheer*<br>WILLEM F. JONCKHEER<br><br>Robert I. Harwood<br>Matthew M. Houston<br>Benjamin I. Sachs-Michaels<br>HARWOOD FEFFER LLP<br><br>*Attorneys for Plaintiff Ryan Oswald* |
| DATED:  August 4, 2016 | PAUL HASTINGS LLP<br><br>By: */s/ Christopher H. McGrath*<br>CHRISTOPHER H. MCGRATH<br><br>*Attorneys for Nominal Defendant Identiv, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 8, 2016

_____
HONORABLE CHARLES R. BREYER